1:21-cv-01196-MMM-JEH    # 18    Filed: 02/24/22    Page 1 of 1                    E-FILED
                                                                    Friday, 25 February, 2022 10:08:14 AM
Judgment in a Civil Case (02/11)                                            Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **Elizabeth Huston, Individually and on behalf of others similarly situated,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **Hearst Communications, Inc.,** ) <br> ) <br> **Defendant.** ) | Case Number: 21-cv-1196 |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff Elizabeth Huston's complaint is dismissed for failure to state a claim.

**Dated: 2/24/2022**

                                                         s/ Shig Yasunaga
                                                         Shig Yasunaga
                                                         Clerk, U.S. District Court

                                                         MMM